No. 92–6479. COLOMA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6486. VICK v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–6487. WALLACE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–6490. RAMOS PARTIDA ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–6498. BROOKS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6499. ASHERS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–6501. HURST v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–6511. NICHOLSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–6512. CANONICO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6515. HAYES v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 92–6517. DAVIS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–6520. PILATO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–6522. DELANEY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–6529. FLEMING v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–255. PHILIPPINE GOODS, INC., ET AL. v. WABOL ET AL. C. A. 9th Cir. Motion of InterPacific Resorts (Saipan) Corp. for leave to file a brief as amicus curiae granted. Certiorari denied.